IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE SPIKE LLC;<br>BLUE SPIKE INTERNATIONAL LTD;<br>WISTARIA TRADING LTD,<br><br>      Plaintiffs.<br><br>      v.<br><br>WARNER MUSIC GROUP CORP.;<br>ATLANTIC RECORDING<br>CORPORATION;<br>WARNER-ELEKTRA-ATLANTIC CORP.;<br>and WARNER RECORDS, INC.,<br><br>      Defendants. | Civil Action No. 1:22-cv-7600<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Joseph Zito hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Plaintiffs Blue Spike LLC, Blue Spike International Ltd, and Wistaria Trading Ltd. in the above-captioned action.

I am in good standing of the following Courts:

    The United States Patent and Trademark Office – 1985

    Maryland State Bar – 1986

    The District of Columbia Bar -1986

    The United States Supreme Court Bar – 2009

    The International Trade Commission – 1989

    United States Court of Federal Claims – 1993

    Court of Appeal for The Federal Circuit – 1986

    Court of Appeals for The 4th Circuit – 1986

    Court of Appeals for The 7th Circuit – 2004

    US District Court of Maryland – 1986

    US District Court for the District of Columbia – 1988

    US District Court for the Northern District of Texas – 1995

    US District Court for the Southern District of Texas – 2003

    US District Court for the Southern District of Indiana – 2004

    US District Court for the Northern District of Florida – 2005

    US District Court for the Southern District of Alabama – 2005

    US District Court for the Eastern District of Texas – 2007

    US District Court for the US District Court of Nebraska – 2008

    US District Court for the Western District of New York – 2015

    US District Court for the Western District of Wisconsin – 2015

    US District Court for the Western District of Texas – 2022

    US District Court for the Northern District of Illinois – 2022

    US District Court for the Western District of Arkansas - 2022

    There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

|  |  |
|---|---|
| Dated: March 17, 2023 | By: */s/ Joseph Zito* <br> Joseph Zito <br> jzito@devlinlawfirm.com <br> DEVLIN LAW FIRM LLC <br> 1526 Gilpin Avenue <br> Wilmington, DE 19806 <br> Telephone: (302) 449-9010 <br> Facsimile: (302) 353-4251 <br> Attorneys for Plaintiffs <br> *Blue Spike LLC et al.* |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically on all counsel of record through the Court's electronic filing system on March 17, 2023.

*/s/ Joseph Zito*
Joseph Zito