IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE SPIKE LLC;<br>BLUE SPIKE INTERNATIONAL LTD;<br>WISTARIA TRADING LTD,<br><br>        Plaintiffs.<br><br>        v.<br><br>WARNER MUSIC GROUP CORP.;<br>ATLANTIC RECORDING<br>CORPORATION;<br>WARNER-ELEKTRA-ATLANTIC CORP.;<br>and WARNER RECORDS, INC.,<br><br>        Defendants. | Civil Action No. 1:22-cv-7600<br><br>**JURY TRIAL DEMANDED** |

**AFFIDAVIT OF JOSEPH ZITO**

I, Joseph Zito, hereby declare and state as follows:

1. I have never been convicted of a felony.
2. I have never been censured, suspended, disbarred or denied admission or readmission by any Court.
3. There are no disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct. Executed on 3/10/23, in Maryland.

*/s/ Joseph Zito*
Joseph Zito

Subscribed to and sworn to before me
This 10 day of 03, 2023

*/s/ Notary*
Notary Public

CYNTHIA FUENTES
NOTARY PUBLIC
MONTGOMERY COUNTY
MARYLAND
My Commission Expires 11-10-2023