IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE SPIKE LLC;<br>BLUE SPIKE INTERNATIONAL LTD;<br>WISTARIA TRADING LTD,<br><br>    Plaintiffs.<br><br>    v.<br><br>WARNER MUSIC GROUP CORP.;<br>ATLANTIC RECORDING<br>CORPORATION;<br>WARNER-ELEKTRA-ATLANTIC CORP.;<br>and WARNER RECORDS, INC.,<br><br>    Defendants. | Civil Action No. 1:22-cv-7600<br><br>**JURY TRIAL DEMANDED** |

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Joseph Zito, for admission to practice Pro Hac Vice, in the above captioned case is **GRANTED**.

Applicant has declared they are a member in good standing of the following Courts: The United States Patent and Trademark Office – 1985

   Maryland State Bar – 1986

   The District of Columbia Bar -1986

   The United States Supreme Court Bar – 2009

   The International Trade Commission – 1989

   United States Court of Federal Claims – 1993

   Court of Appeal for The Federal Circuit – 1986

   Court of Appeals for The 4th Circuit – 1986

Court of Appeals for The 7th Circuit – 2004

US District Court of Maryland – 1986

US District Court for the District of Columbia – 1988

US District Court for the Northern District of Texas – 1995

US District Court for the Southern District of Texas – 2003

US District Court for the Southern District of Indiana – 2004

US District Court for the Northern District of Florida – 2005

US District Court for the Southern District of Alabama – 2005

US District Court for the Eastern District of Texas – 2007

US District Court for the US District Court of Nebraska – 2008

US District Court for the Western District of New York – 2015

US District Court for the Western District of Wisconsin – 2015

US District Court for the Western District of Texas – 2022

US District Court for the Northern District of Illinois – 2022

US District Court for the Western District of Arkansas - 2022

and that his contact information is as follows:

> Joseph Zito
> jzito@devlinlawfirm.com
> DEVLIN LAW FIRM LLC
> 1526 Gilpin Avenue
> Wilmington, DE 19806
> Telephone: (302) 449-9010
> Facsimile: (302) 353-4251

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiffs Blue Spike LLC, Blue Spike International Ltd, and Wistaria Trading Ltd in the above-entitled action.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:

_____
United States District Judge