UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BLUE SPIKE LLC; BLUE SPIKE INTERNATIONAL LTD.; WISTARIA TRADING LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> WARNER MUSIC GROUP CORP.; ATLANTIC RECORDING CORPORATION; WARNER-ELEKTRA-ATLANTIC CORPORATION; and WARNER RECORDS INC., <br><br> Defendants. | 1:22-cv-7600 (JMF) <br><br> **[PROPOSED] ORDER** |

THIS MATTER having been brought to the Court by way of Defendants Warner Music Group Corp., Atlantic Recording Corporation, Warner-Elektra-Atlantic Corporation, sued incorrectly as Warner-Elektra-Atlantic Corp., and Warner Records Inc., sued incorrectly as Warner Records, Inc.'s ("collectively "Defendants") Motion to Dismiss Plaintiffs Blue Spike LLC, Blue Spike International LTD, and Wistaria Trading Ltd (collectively "Plaintiffs") Second Amended Complaint ("SAC") pursuant to 12(b)(6) of the Federal Rules of Civil Procedure, and the Court, having considered the papers submitted on behalf of the parties, and good cause having been shown,

IT IS, on this _____ day of _____, 2023,

**ORDERED** that Defendants' Motion to Dismiss SAC is hereby **GRANTED** in its entirety; and it is further

**ORDERED** that Plaintiffs' SAC is hereby dismissed in its entirety, with prejudice, and without leave to amend.

DATED: _____, 2023

_____
Honorable Jesse M. Furman, U.S.D.J.