UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                     :

BLUE SPIKE LLC et al.,                  :

                               :

                  Plaintiffs,     :
                               :                22-CV-7600 (JMF)

        -v-                      :

                               :                  ORDER

WARNER MUSIC GROUP CORP. et al.,    :

                               :

                 Defendants.    :

                                     :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to the Court's November 14, 2023 Order, ECF No. 61, the parties were required to file a joint letter, the contents of which are described therein, by January 15, 2024. To date, the parties have not filed any such joint letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 18, 2024**.

        SO ORDERED.

Dated: January 16, 2024
       New York, New York                            JESSE M. FURMAN
                                            United States District Judge