UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Blue Spike LLC, et al.,

                     Plaintiffs,

-against-

Warner Music Group Corp. et al.,

                     Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/1/2024

1:22-cv-07600 (JMF) (SDA)

ORDER SCHEDULING
**SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron Tuesday, April 30, 2024, at 10:00 a.m. EST in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Settlement Conference Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (*i.e.*, Tuesday, April 23, 2024).

SO ORDERED.

Dated:    New York, New York
            February 1, 2024

_____
STEWART D. AARON
United States Magistrate Judge