UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
BLUE SPIKE LLC et al., :
:
                  Plaintiffs, :
: 22-CV-7600 (JMF)
    -v- :
: ORDER
WARNER MUSIC GROUP CORP. et al., :
:
                  Defendants. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated during the teleconference held earlier today, the parties shall file a joint letter, no later than the deadline for their claim construction opposition briefs (June 21, 2024, *see* ECF No. 68), addressing the need for a claim construction hearing, the proposed nature of any such hearing, and the parties' availabilities for the hearing in July or August 2024.

      SO ORDERED.

Dated: May 8, 2024
       New York, New York
                                           JESSE M. FURMAN
                                       United States District Judge