

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/07/2024
```

August 6, 2024

**VIA CM/ECF**
The Hon. Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *Blue Spike LLC et al. v. Warner Music Group Corp. et. al.,*
             C.A. No. 1:22-cv-07600-JMF; Joint Letter re: settlement conference

Dear Magistrate Judge Aaron:

      The parties in the above-captioned case jointly request that the Court adjourn the remote settlement conference currently set for August 21, 2024 (Dkt. No. 86), and set a new remote settlement conference at the Court's earliest convenience. Since the date on which the Court set the settlement conference, lead counsel for Blue Spike has received notice that a family member is to be interred at Arlington National Cemetery on that date. As such, the parties request that the conference be rescheduled to permit lead counsel for Plaintiffs to be present at the conference. Counsel have met and conferred on the issue and are available for a rescheduled settlement conference on any of the following dates: August 27, August 29, September 3, September 4, September 11, September 13, September 16, September 17, September 18.

                                          Respectfully,

                                          **DEVLIN LAW FIRM LLC**

                                          */s/ Christopher May*
                                          Andrew Sherman
                                          asherman@devlinlawfirm.com
                                          Christopher May
                                          cmay@devlinlawfirm.com
                                          Joel Glazer
                                          jglazer@devlinlawfirm.com
                                          Joseph Zito
                                          jzito@devlinlawfirm.com
                                          DEVLIN LAW FIRM LLC
                                          1526 Gilpin Avenue
                                          Wilmington, DE 19806
                                          Telephone: (302) 449-9010

Facsimile: (302) 353-4251

Attorneys for Plaintiffs
*Blue Spike LLC, et al.*

**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

*/s/ Paul Garrity*
Paul Garrity
PGarrity@sheppardmullin.com
SHEPPARDMULLIN
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Attorney for Defendants
*Warner Music Group Corp., et al.*

The joint letter motion to adjourn the settlement conference presently scheduled for August 21, 2024 (*see* 7/19/24 Order, ECF No. 86), at ECF No. 87 is GRANTED. The remote settlement conference is now re-scheduled before Magistrate Judge Stewart D. Aaron to take place on Wednesday, September 4, 2024, at 10:00 a.m. A Microsoft Teams link shall be provided by the Court to the parties in advance of the conference.

SO ORDERED.
Dated: August 7, 2024

*[signature: Stewart D. Aaron]*