UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
BLUE SPIKE LLC et al.,                                             :
:
                        Plaintiffs,                    :        22-CV-7600 (JMF)
:
      -v-                                                         :           REVISED
:     SCHEDULING ORDER
WARNER MUSIC GROUP CORP. et al.,                                  :
:
                        Defendants.                   :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the adjournment of the parties' settlement conference before Magistrate Judge Aaron, IT IS HEREBY ORDERED that the claim construction hearing in this matter, previously scheduled for **September 25, 2024**, at **9:30 a.m.**, is RESCHEDULED for **October 9, 2024**, at **9:30 a.m.** The hearing will be held in Courtroom 1105 of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York.

       SO ORDERED.

Dated: August 7, 2024
       New York, New York
                                                     JESSE M. FURMAN
                                     United States District Judge