UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
BLUE SPIKE LLC ET AL.,                                             :
:
                         Plaintiffs,                  :
:        22-CV-07600 (JMF)
        -v-                                                     :
:        SCHEDULING ORDER
WARNER MUSIC GROUP CORP. ET AL.,                                   :
:
                         Defendants.                  :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On August 29, 2024, Plaintiffs filed a motion for issuance of letters of request as to The Lenbrook Group of Companies in Canada. ECF No. 90. Any opposition to the motion shall be filed no later than September 5, 2024. No reply may be filed absent leave of Court.

       SO ORDERED.

Dated: August 29, 2024
       New York, New York
                                                      JESSE M. FURMAN
                                         United States District Judge