

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

August 29, 2024

*Via* **CM/ECF**
The Honorable Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:  *Blue Spike LLC, et al v. Warner Music Group Corp., et al*
      Case 1:22-cv-07600-JMF

Dear Judge Furman:

    Our firm represents Blue Spike LLC, Blue Spike International Ltd., and Wistaria Trading Ltd. (collectively, "Blue Spike") in the above-referenced action. We submit this letter pursuant to your Individual Practices, to respectfully request that the documents filed as Dkt. Nos. 90 and 91 be removed from PACER. These docket entries were filed unintentionally and contain comments of counsel that were meant to be removed from the final version.

    In lieu of these docket entries, the corrected Motion for Letters of Request and Declaration of Joel Glazer have been filed and assigned Dkt. Nos. 92 and 93. The undersigned therefore respectfully requests that Dkt. Nos. 90 and 91 be removed from PACER. We apologize for any inconvenience to the Court and are available at the Court's convenience to discuss Plaintiffs' requested relief, if necessary.

                        Respectfully,

                        */s/ Christopher May*
                        Christopher May
                        cmay@devlinlawfirm.com

                        *Attorneys for Plaintiffs*
                        *Blue Spike LLC et al.*

cc:  Counsel of Record (via CM/ECF)

                      Application GRANTED. The Clerk of Court is directed to strike ECF Nos. 90 and 91 (i.e., remove the linked PDFs). The Clerk of Court is directed to terminate Docket No. 94.

                      SO ORDERED.    */s/ Jesse M. Furman*

                      August 29, 2024