AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  U.S. District Court S.D.N.Y. 500 Pearl Street, New York NY 100  on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>22cv7600 | DATE FILED<br>9/6/2024 | U.S. DISTRICT COURT<br>U.S. District Court S.D.N.Y. 500 Pearl Street, New York NY 100 |
|---|---|---|
| PLAINTIFF<br>BLUE SPIKE LLC; BLUE SPIKE INTERNATIONAL LTD; WISTARIA TRADING LTD | | DEFENDANT<br>WARNER MUSIC GROUP CORP.; ATLANTIC RECORDING CORPORATION; WARNER-ELEKTRA-ATLANTIC CORP.; and WARNER RECORDS, INC. |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,664,263 | 2/16/2010 | WISTARIA TRADING LTD |
| 2 | 8,265,276 | 9/11/2012 | WISTARIA TRADING LTD |
| 3 | 7,813,506 | 10/12/2010 | WISTARIA TRADING LTD |
| 4 | 7,647,502 | 1/12/2010 | WISTARIA TRADING LTD |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order of Dismissal |

| CLERK<br>Daniel Ortiz (Acting Clerk of Court) | (BY) DEPUTY CLERK<br>S/ K. Sing | DATE<br>9/6/2024 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy