

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

November 5, 2024

**VIA ECF**

The Hon. Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

      RE:    *Blue Spike LLC et al. v. Warner Music Group et al.*, Civil Action No. 1:22-cv-7600-JMF

Dear Judge Furman:

      Pursuant to your Honor's Order of Dismissal dated September 6, 2024 (ECF No. 99), the parties hereby jointly submit this letter to the Court. The parties are in general agreement that they need additional time to finalize a settlement agreement. However, given the language of the Order of Dismissal, the parties have differing positions as to the correct procedural vehicle to accomplish this goal. Accordingly, Defendants ask the Court to grant an approximate three-week extension, to November 27, 2024, for Plaintiffs' deadline to file a motion to reopen the case if a settlement has not yet been consummated. Out of an abundance of caution, Plaintiffs, by way of this letter, move to reopen this action because a final settlement has not yet been consummated and no extension has yet been granted. If the case is reopened, the parties jointly request an additional three weeks of time, until November 27, 2024, prior to the Court setting a scheduling conference in order to allow them to finalize their settlement agreement.

      The parties continue to engage in discussions to finalize the settlement in principle agreed to before Magistrate Judge Aaron on September 6, 2024. Defendants' counsel has indicated that it is still editing a draft settlement agreement proposed by Plaintiffs. However, additional time will be needed after November 5, 2024, the deadline for the Plaintiffs to request reopening of the action, to finalize and execute a formal agreement. To the extent the parties have not finalized an agreement for execution by November 27, 2024, Plaintiffs anticipate requesting the scheduling of a status conference at the Court's convenience.

DEVLIN LAW FIRM
November 5, 2024
Page 2 of 2

Respectfully submitted,

*/s/ Christopher L. May*
Christopher L. May
Devlin Law Firm LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Tel: 302-449-9010

*Counsel for Plaintiffs*


**SHEPPARD MULLIN RICHTER & HAMPTON LLP**

*/s/Paul Garrity*
Paul Garrity
PGarrity@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 653-8700

Attorney for Defendants
*Warner Music Group Corp., et al.*

Cc: Counsel of Record (via ECF)

Application for an extension is GRANTED.  Parties shall file a motion to reopen no later than **November 27, 2024**.  The Clerk of Court is directed to terminate ECF No. 101.

SO ORDERED.

[signature]

November 6, 2024